IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES WAGGONER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number CIV-06-700-C |
| ) | |
| COMANCHE COUNTY DETENTION ) | |
| CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner filed the present action pursuant to 42 U.S.C. § 1983, challenging the conditions of his confinement. Consistent with the provisions of 28 U.S.C. § 636, this matter was referred to Magistrate Judge Robert E. Bacharach. On July 19, 2007, Judge Bacharach issued a Report and Recommendation ("R&R") urging the Court to deny the cross-motions for summary judgment filed by the parties.

Plaintiff filed a timely objection arguing that he should be granted summary judgment on his equal protection claim. Plaintiff's objection triggers de novo review of the R&R. Accordingly, the Court has reviewed the applicable pleadings and their attachments. Following that review, the Court finds Judge Bacharach's R&R correctly notes disputes of material fact remain and the parties' motions for summary judgment should be denied.

Upon review of the R&R and Plaintiff's objection thereto, the Court finds the thorough and well-reasoned R&R should be and hereby is ADOPTED in full. This matter

is re-referred to Magistrate Judge Bacharach for further proceedings consistent with the June 29, 2006, Order of Referral.

IT IS SO ORDERED this 17th day of July, 2007.

_____
ROBIN J. CAUTHRON
United States District Judge